UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MASHAWNA FRAZIER,

      Plaintiff,

    v.                                                                ACTION NO. 2:21cv241

VIRGINIA
EMPLOYMENT COMMISSION,

      Defendant.

**DISMISSAL ORDER**

Plaintiff Mashawna Frazier ("Plaintiff"), appearing *pro se*, submitted an application to proceed *in forma pauperis* ("IFP Application"), along with a proposed Complaint. IFP Appl., ECF No. 1; Proposed Compl., ECF No. 1–1. On June 4, 2021, the Court entered an Order that (i) denied Plaintiff's IFP Application and (ii) directed Plaintiff to either pay the requisite fees or submit another IFP Application to the Court for consideration. Order at 1–2, ECF No. 2. The Court specifically stated: "If Plaintiff does not do so within thirty days from the date of entry of this Order, the Court will dismiss this action without prejudice." *Id*. at 2.

More than thirty days have passed, and Plaintiff has not paid the requisite fees or submitted another IFP Application to the Court for consideration. Accordingly, this matter is hereby **DISMISSED** without prejudice.

Plaintiff may appeal this Dismissal Order by forwarding a written notice of appeal to the Clerk of the United States District Court, Norfolk Division, 600 Granby

Street, Norfolk, Virginia 23510. The written notice must be received by the Clerk within thirty days from the date of entry of this Dismissal Order. If Plaintiff wishes to proceed *in forma pauperis* on appeal, the application to proceed *in forma pauperis* shall be submitted to the Clerk of the United States District Court, Norfolk Division, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk is **DIRECTED** to please send a copy of this Dismissal Order to Plaintiff Mashawna Frazier.

IT IS SO **ORDERED**.

_____/s/_____
Arenda L. Wright Allen
United States District Judge

August 12, 2021
Norfolk, Virginia

2