UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MASHAWNA FRAZIER,**

              Plaintiff,

**v.**

              Civil No.  2:21cv241

**VIRGINIA**
**EMPLOYMENT COMMISSION,**

              Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this matter is hereby **DISMISSED** without prejudice.

DATED:  8/12/2021                FERNANDO GALINDO, Clerk

                                            By  /s/
                                                E. Price, Deputy Clerk